UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DANIEL BECKLEY and NICOLE MARIE WATTS,<br><br>Defendants. | 4:21-CR-40072-KES<br><br><br>ORDER GRANTING CONTINUANCE |

Defendant William Daniel Beckley moves for a 60-day continuance. Plaintiff and co-defendant Nicole Marie Watts do not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendants in a speedy trial because defense counsel for Beckley needs additional time to conduct investigation and review discovery. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply to both defendants:

| | |
|---|---|
| Suppression/voluntariness motions | October 12, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | October 12, 2021 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to October 29, 2021 |

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | November 9, 2021 |
| Other motions | November 16, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | November 16, 2021 |
| Plea agreement or petition to plead and statement of factual basis | November 16, 2021 |
| Notify court of status of case | November 16, 2021 |
| Motions in limine | November 23, 2021 |
| Proposed jury instructions due | November 23, 2021 |
| Jury trial | Tuesday, November 30, 2021, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(6).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated August 10, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE